DANIEL G. BOGDEN
United States Attorney
District of Nevada
PHILLIP N. SMITH, JR.
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada  89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No.: 2:11-CR-188-RLH-CWH |
| vs. | ) **ORDER OF DISMISSAL** |
| ADMA FATA, | ) |
| Defendant. | ) |

Based on the Motion of the Government, and good cause appearing therefore, **IT IS ORDERED**, that pursuant to the Government's Motion to Dismiss Indictment, and in accordance with Fed. R. Crim. P. 48(a), the Superseding Criminal Indictment filed on August 2, 2011 in the above-captioned case is hereby **DISMISSED** as to Defendant ADMA FATA.

DATED this __2nd__ day of ____June____, 2015.

_____
Hon. ROGER L. HUNT
UNITED STATES DISTRICT JUDGE

3

# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**PRETRIAL SERVICES OFFICE**

**SHEILA ADKINS**
CHIEF PRETRIAL SERVICES OFFICER
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BLVD. SO., RM. 1112
LAS VEGAS, NV 89101



PHONE: (702) 464-5630
FAX: (702) 464-5631

May 29, 2015

Phillip N. Smith, Jr.
U.S. Attorney's Office
Las Vegas, NV 89101

Re: Adma Fata

**TERMINATION OF PRETRIAL DIVERSION CASE**

Dear Mr. Smith :

Pursuant to our conversation, our office is closing interest on the above-listed defendant. The defendant was placed into the Diversion Program on November 15, 2013, for a period of 12 months with the following special conditions:

1. Travel restricted to California and Nevada for Court purposes only
2. Refrain from the use or possession of a firearm or destructive device or other dangerous weapon.
3. Surrender all passports to Pretrial Services.
4. Do not obtain a new passport or any other travel documents.

In light of the defendant's compliance, we recommend that the Pretrial Diversion on the above-listed defendant be terminated successfully.

Please contact the undesigned at 464-5647, if you have any questions.

Sincerely,

Terry L. Wheaton II
U.S. Pretrial Services Officer