ANGELA H. DOWS, ESQ.
Nevada Bar No. 10339
PREMIER LEGAL GROUP
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Telephone: (702) 794-4411
Facsimile:  (702) 794-4421
adows@premierlegalgroup.com
Attorney for Defendant
ADMA FATA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-cr-00188-RLH-(CWH) |
| Plaintiff, | ) | |
| v. | ) | |
| ADMA FATA, | ) | <u>          ORDER TO RELEASE</u><br><u>PASSPORT OF ADMA FATA</u> |
| Defendant. | ) | |

Based upon the Motion of Defendant ADMA FATA, and good cause appearing, the Court hereby ORDERS as follows:

The passport of ADMA FATA shall be released to ADMA FATA through her counsel, Angela H. Dows, Esq., at Premier Legal Group, 1333 N. Buffalo Drive, Suite 210, Las Vegas, Nevada 89128.

IT IS SO ORDERED.

Dated: June __3____, 2015.

_____
UNITED STATES DISTRICT JUDGE